

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT



DOMENIC BUSTO
V. EDWARD D. FLAHERTY                    NO. 03-7795

## STIPULATION WITHDRAWING APPEAL

The undersigned hereby stipulate that, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the above-captioned appeal is hereby withdrawn with prejudice and without assessment of costs or attorney's fees by the Court.

DOMENIC BUSTO,
PLAINTIFF-APPELLANT

Dated: 2/27/04          By: _Rachel M. Baird_
                             Attorney Rachel M. Baird
                             Law Office of Rachel M. Baird
                             Stonegate Professional Building
                             379 Prospect Street
                             Torrington, CT 06790-5239
                             Telephone: (860) 626-9991
                             Facsimile: (860) 626-9992
                             His Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
   DEPUTY CLERK

                                EDWARD D. FLAHERTY
                                DEFENDANT-APPELLEE

Dated: 3/2/04           By: _Gary S. Starr_
                             Gary S. Starr, Esq.
                             SHIPMAN & GOODWIN LLP
                             One American Row
                             Hartford, CT 06103-2819
                             Telephone: (860) 251-5000
                             Facsimile: (860) 251-5500
                             His Attorney

So ordered,

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _Frank J. Scardilli_ /ok
   Frank J. Scardilli, Staff Counsel

CERTIFIED: 3/12/04

DATED:
MARCH 12, 2004

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

DOMENIC BUSTO
V. EDWARD D. FLAHERTY                NO. 03-7795

### CERTIFICATION OF SERVICE

This is to certify that on this __2nd__ day of March, 2004, a Stipulation Withdrawing Appeal with original signatures was sent to the United States Court of Appeals for the Second Circuit. A copy of the Stipulation Withdrawing Appeal was sent via first-class mail, postage prepaid, to:

Attorney Rachel M. Baird
Law Office of Rachel M. Baird
Stonegate Professional Building
379 Prospect Street
Torrington, CT 06790

_____
Gary S. Starr

366163 v.01